UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JAN 2 8 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JAMES R. REGAN, JR.,

  Defendant.
_____/

Case No. 00-73323

Honorable John Corbett O'Meara

## ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S NOVEMBER 23, 2015 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Elizabeth A. Stafford's November 23, 2015 report and recommendation to deny defendant James R. Regan, Jr.'s objections to garnishment and accepts it as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's November 23, 2015 report and recommendation is **ADOPTED**.

It is further **ORDERED** that defendant Regan's objections to garnishment and claim for exemptions are **DENIED**.

It is further **ORDERED** that Motor City Express **RELEASE** defendant Regan's garnished earnings, if any, to the United States.

             /s/ John Corbett O'Meara
             John Corbett O'Meara
             United States District Judge

Dated: January 28, 2016